```
          IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                   HOT SPRINGS DIVISION
```

DELUNTA PORTER                                        PLAINTIFF

v.                          Case No. 08-6043

CAPTAIN STEED; DEPUTY
ASHING and DEPUTY STRICKLAND,
all of the Garland County
Detention Center                                      DEFENDANTS

_____

**<u>ORDER</u>**

Now on this 28th day of April 2009, there comes on for consideration the report and recommendation filed herein on April 7, 2009, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 16). No objections have been filed.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Defendant's Motion to Dismiss (Doc. 15) is GRANTED, and Plaintiff's Complaint is DISMISSED based on Plaintiff's failure to obey the order of the Court and failure to prosecute this action. Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

                                    /s/ Robert T. Dawson
                                    Honorable Robert T. Dawson
                                    United States District Judge